# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

EDWIN VICTOR NASSAR and ROSALINDA JAYME,

    Plaintiffs,

v.                                                                          Case No.        07-15359

WORLD SAVINGS BANK FSB, and TROTT & TROTT, P.C.,                            Honorable Arthur J. Tarnow

    Defendants.
_____/

### ORDER GRANTING WORLD SAVINGS BANK'S MOTION TO DISMISS [21] AND TROTT & TROTT'S MOTION FOR SUMMARY JUDGMENT [22]; AND DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND FOR SHOW CAUSE [41]

    Before the court is World Savings Bank's motion to dismiss, Trott & Trott's motion for summary judgment, and Nassar and Jayme's motion for summary judgment and for show cause. This matter came on for a hearing on June 30, 2008.

    For the reasons stated on the record, Defendants' motions are GRANTED. Plaintiffs' motion is DENIED. The complaint is DISMISSED with prejudice as to Trott & Trott. But as to World Savings Bank, the complaint is DISMISSED without prejudice to showing that the note had been sold.

    SO ORDERED.

                                      S/ARTHUR J. TARNOW
                                      Arthur J. Tarnow
                                      United States District Judge

Dated:  July 1, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 1, 2008, by electronic and/or ordinary mail.

                                      S/THERESA E. TAYLOR
                                      Case Manager